IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILLIP GILLARD,

    Petitioner,

v.

WARDEN JOHN DELANEY, et al.,

    Respondents.

CIVIL ACTION

NO. 13-1046

FILED
FEB 21 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20th day of February, 2014, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. 3), Respondents' Response (Doc. 12), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 17), and Petitioner's Objections to the Report and Recommendation (Doc. 19), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus is **DISMISSED** without prejudice.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

                                                    BY THE COURT:

                                                    _/s/ Petrese B. Tucker_

                                                    Hon. Petrese B. Tucker, C.J.